```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION
```

MARLENE GAY BULLER,

     Plaintiff,
v.                              Case No.  8:12-cv-461-T-33EAJ

MICHAEL J. ASTRUE,
Commissioner Social Security,

     Defendant.
_____/

**ORDER**

This matter comes before the Court <u>sua</u> <u>sponte</u>. This Court entered its Scheduling Order on May 11, 2012, requiring Plaintiff to file her memorandum of law in support of the allegations of the complaint within 60 days of the entry of such Order. (Doc. # 13).  Plaintiff has failed to file her memorandum and the time for Plaintiff to file such memorandum has expired.  On August 7, 2012, the Court entered an Order directing Plaintiff to show cause in writing by August 17, 2012, why this action should not be dismissed for failure to prosecute. (Doc. # 17).

As of the date of this Order, Plaintiff has not responded to the Court's Order to Show Cause and has not filed her Court-Ordered memorandum.  Accordingly, the Court finds that Plaintiff is no longer interested in prosecuting this action. The Court accordingly dismisses this action without prejudice

for failure to prosecute pursuant to Local Rule 3.10(a), M.D. Fla.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED** that:

(1)   This action is **DISMISSED WITHOUT PREJUDICE.**

(2)   The Clerk is directed to **CLOSE THIS CASE.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>24th</u> day of September, 2012.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel and Parties of record